UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

JUN 30 2016

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER: C-16-830M |
| | § | |
| MELISSA LOPEZ | § | |

## CRIMINAL INFORMATION

### COUNT ONE

On or about December 19, 2015, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

MELISSA LOPEZ,

did unlawfully and willfully operate and was in actual physical control of a motor vehicle while under the influence of alcohol, or a drug, or drugs, or any combination thereof, to a degree that renders the operator incapable of safe operation.

In violation of 36 CFR §§ 4.23(a)(1), and 1.3(a).

### COUNT TWO

On or about December 19, 2015, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

MELISSA LOPEZ,

did unlawfully operate a motor vehicle in excess of the speed limit.

In violation of 36 CFR §§ 4.21(c) and 1.3(a).

## COUNT THREE

On or about December 19, 2015, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

MELISSA LOPEZ,

did unlawfully fail to maintain that degree of control of a motor vehicle necessary to avoid danger to persons, property or wildlife or did unlawfully operate a motor vehicle while allowing a person to ride on any exterior portion of the motor vehicle not intended or designed for the use of a passenger.

In violation of 36 CFR §§ 4.22(b)(3), 4.22(4)(ii), and 1.3(a).

## COUNT FOUR

On or about December 19, 2015, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

MELISSA LOPEZ,

did unlawfully fail to comply with the directions of a traffic control device or devices.

In violation of 36 CFR §§ 4.12 and 1.3(a).

## COUNT FIVE

On or about December 19, 2015, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, at a place within the special maritime and territorial jurisdiction of the United States, namely Padre Island National Seashore, on land acquired for the use of the United States and under its jurisdiction, the defendant,

MELISSA LOPEZ,

did unlawfully threaten, resist, intimidate, or intentionally interfere with a government employee or agent engaged in an official duty, or on account of the performance of an official duty or did violate the lawful order of a government employee or agent authorized to maintain order and control public access and movement during law enforcement actions.

In violation of 36 CFR §§ 2.32 (a)(1) and 2.32 (a)(2) and 1.3(a).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
BRITTANY L. JENSEN
Assistant United States Attorney

2